UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAYTON KNOWLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7263** |
| **UNDERWRITERS AT LLOYD'S LONDON (LLOYDS OF LONDON)** | **SECTION: D(2)** |

### ORDER OF CONDITIONAL DISMISSAL

The Court has been advised by the parties in an email sent on November 13, 2025, to the Court's e-file address that the parties have reached a settlement and have agreed to resolve this dispute amicably.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the pending Motion to Remand (R. Doc. 31), Motion to Exclude (R. Doc. 34), and Motion for Summary Judgment (R. Doc. 35) are rendered **MOOT**.

New Orleans, Louisiana, November 17, 2025.

*[signature: Wendy B. Vitter]*
**WENDY B. VITTER**
**United States District Judge**