UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAYTON KNOWLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7263** |
| **UNDERWRITERS AT LLOYD'S LONDON (LLOYDS OF LONDON)** | **SECTION: D(2)** |

## ORDER OF DISMISSAL

Before the Court is a Joint Motion to Dismiss with Prejudice filed by Plaintiff Clayton Knowles and Defendants Certain Underwriters at Lloyd's London.[1] The parties move to dismiss the case with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims of Plaintiff Clayton Knowles against Defendants Certain Underwriters at Lloyd's London are **DISMISSED with prejudice**, costs taxed as paid.

New Orleans, Louisiana, December 29, 2025.

*(signature)*
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 37.